# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **MARVEL MEDICAL STAFFING LLC,** | |
| **Plaintiff,** | **8:23CV174** |
| vs. | |
| **CLEAR CHOICE RESOURCES, LLC, ADELA DUNLAP, BENJAMIN DUNLAP, AARON HOWLAND, MELINDA MEYER, and TIMOTHY QUASS,** | **AMENDED CASE PROGRESSION ORDER** |
| **Defendants.** | |

This matter comes before the Court on the parties' Joint Stipulation for Order Extending Deadlines (Filing No. 70). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Joint Stipulation for Order Extending Deadlines (Filing No. 70) is granted, and the case progression order is amended as follows:

1) Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **October 15, 2024**.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

2) Experts:

    a. The deadline for completing expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), is extended to **October 31, 2024.**

    b. The deadline for filing motions to exclude testimony on *Daubert* and related grounds is extended to **November 29, 2024**.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

3) The planning conference scheduled for October 2, 2024, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **December 11, 2024**, at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **December 16, 2024**.

5) The deadline for filing motions to dismiss and motions for summary judgment is extended to **February 10, 2025**.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 15th day of July, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge